# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

145062

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JULIUS CHRISTOPHER CLARK-WILLIS,
      Defendant-Appellant.

SC: 145062
COA: 302388
Monroe CC: 09-037741-FC

_____/

By order of September 4, 2012, the application for leave to appeal the March 20, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Hardy* (Docket No. 144327) and *People v Glenn* (Docket No. 144979). On order of the Court, the cases having been decided on July 29, 2013, 494 Mich 430 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



h1118

Clerk